Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 7087 | **DATE** | 11/15/2004 |
| **CASE TITLE** | Andre Ferguson vs. Cook County Jail, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Order. Ferguson is granted until November 29, 2004 to cause to be filed in this Court's chambers the required printout or printouts referred to in paragraph 1, failing which this Court will be constrained to dismiss the complaint and this action without prejudice. It is also expected that Ferguson will address the questions raised in paragraph 2.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | Mailed to tust 11/15 office SN | NOV 1 6 2004 date docketed | 7 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | U.S. DISTRICT COURT | 11/15/2004 | |
| SN courtroom deputy's initials | | 2004 NOV 15 PM 3:00 | date mailed notice SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDRE FERGUSON                    )
                                  )
            Plaintiff,            )
                                  )
    v.                            )  No. 04 C 7087
                                  )
COOK COUNTY JAIL, et al.,         )
                                  )
            Defendants.           )

DOCKETED
NOV 16 2004

MEMORANDUM ORDER

This action, sought to be advanced by Andre Ferguson ("Ferguson") under 42 U.S.C. § 1983 ("Section 1983"), has been transferred to this District Court from the United States District Court for the Southern District of Illinois (Ferguson is a prisoner currently confined at Menard Correctional Center "Menard"), so he must have assumed mistakenly that he should file his lawsuit there). But two threshold matters must be addressed before it may be determined whether this action may go forward:

1.  Although Ferguson has attached a motion and affidavit by which he seeks to proceed in forma pauperis, he has not provided the required certified statement or statements reflecting all the transactions in his inmate trust account at Menard or any other correctional institution where he has been confined during the six month period that began April 22 and ended October 21, 2004 (when he signed his Complaint). And under 28 U.S.C. § 1915(a)(2), such a printout from

the institution or institutions showing such transactions must be furnished before this Court can address Ferguson's in forma pauperis request.

2. Cook County Jail, the first-named defendant in the Complaint, is not a suable legal entity, so it must be ignored as a possible party if the lawsuit goes forward. Ferguson's other named defendant is "Michael Sheffran" - does he mean Sheriff Michael Sheahan or someone else?

Ferguson is granted until November 29, 2004 to cause to be filed in this Court's chambers the required printout or printouts referred to in paragraph 1, failing which this Court will be constrained to dismiss the Complaint and this action without prejudice. It is also expected that Ferguson will address the questions raised in paragraph 2.

*Milton I. Shadur*
Milton I. Shadur
Senior United States District Judge

Date:    November 15, 2004

G:\FergersonMO11-15-04.wpd